**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

PATRICK SONNIER

VERSUS

SOCIAL SECURITY ADMINISTRATION

CIVIL ACTION NO. 25-0087

JUDGE ELIZABETH E. FOOTE

MAGISTRATE JUDGE WHITEHURST

## **JUDGMENT**

The Court has received the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 16], and the Claimant's objection to the Report and Recommendation [Record Document 20].

After an independent review of the record, **IT IS ORDERED** that the Commissioner's decision should be **REVERSED** and **REMANDED** pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings.

The Court notes the Administrative Law Judge failed to properly consider the assessment of Brian O'Sullivan, Ph.D., a State Agency Psychological Consultant. Further, the Administrative Law Judge failed to determine whether Claimant's mental health issues impacted his ability to adhere with the pharmaceutical recommendations of his cardiologist. The Commissioner is instructed to consider all evidence, and to evaluate whether the Claimant meets the requirements of Listing 4.02, and, if necessary, to reevaluate Claimant's residual functional capacity and whether he is capable of performing work on a regular and

continuing basis. The Claimant should be afforded the opportunity to submit updated evidence and to testify at another hearing.

**THUS DONE AND SIGNED**, this __30__ day of March, 2026.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE